UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:21-CV-143

WILLIAM BOWEN, and AMY
BRASHER, individually and on
Behalf of all others similarly situated                                                    PLAINTIFFS

V.                                    **ORDER OF RECUSAL**

PAXTON MEDIA GROUP, LLC                                                                     DEFENDANT

Upon review of this matter, the Court concludes that recusal is this case is required.

Therefore, the undersigned judge hereby recuses himself from this matter; and this case is reassigned to the docket of **Judge Benjamin Beaton** for all further proceedings and disposition.

Counsel are instructed to change the civil action number to reflect the initials **(BJB)** in place and instead of the initials (TBR) on all further pleadings.

**IT IS SO ORDERED**.

*Thomas B. Russell*

Thomas B. Russell, Senior Judge
United States District Court

September 23, 2021

cc:   Counsel
      Judge Beaton - Case Manager