IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

WILLIAM BOWEN, AMY BRASHER, JESSE ROGERS, JOHN CHAMPION, JESSE GILSTRAP, and MARY BLEIER-TROUP, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

PAXTON MEDIA GROUP, LLC,

    Defendant.

Case No. 5:21-cv-143-GNS

## ORDER

This matter having come before the Court on the Joint Motion to Stay filed by Plaintiffs, William Bowen, Amy Brasher, Jesse Rogers, John Champion, Jesse Gilstrap, and Mary Bleier-Troup, individually and on behalf of all similarly situated persons, and Defendant, Paxton Media Group, LLC (collectively, the "Parties"), and the Court, being otherwise sufficiently advised, hereby **ORDERS** that the Motion is **GRANTED**. This matter is hereby **STAYED**. The Parties are **ORDERED** to file a joint report regarding the status of their settlement negotiations to the Court **on or before August 11, 2023**.

July 13, 2023

Lanny King, Magistrate Judge
United States District Court