# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| WILLIAM BOWEN, AMY BRASHER, JESSE ROGERS, JOHN CHAMPION, JESSE GILSTRAP, and MARY BLEIER-TROUP, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAXTON MEDIA GROUP, LLC,<br><br>Defendant. | Case No. 5:21-cv-143-GNS |

## ORDER

This matter having come before the Court on the Parties' Joint Motion for an Extension to File Unopposed Motion for Preliminary Approval of the Class Action Settlement and to Continue Stay of all Proceedings and the Court, being sufficiently advised, **HEREBY ORDERS** that the Joint Motion is **GRANTED**. The Parties shall have up to and including October 30, 2023, to file their Motion for Preliminary Approval of the Class Action Settlement. The Parties shall file a Joint Status Report on or before October 11, 2023. All other deadlines in this matter remain stayed.

September 28, 2023

Lanny King, Magistrate Judge
United States District Court