# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| WILLIAM BOWEN, AMY BRASHER, JESSE ROGERS, JOHN CHAMPION, JESSE GILSTRAP, and MARY BLEIER-TROUP, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PAXTON MEDIA GROUP, LLC,<br><br>    Defendant. | Case No. 5:21-cv-00143-GNS |

### PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs William Bowen, Amy Brasher, Jesse Rogers, John Champion, Jesse Gilstrap and Mary Bleier-Troup ("Plaintiffs"), by and through their undersigned attorneys, and without opposition from Defendant Paxton Media Group, LLC ("Paxton" or "Defendant"), hereby request preliminary approval of the Parties' Class Action Settlement Agreement ("Settlement Agreement"). Specifically, Plaintiffs move the Court for an Order (i) preliminarily certifying a Settlement Class under Fed. R. Civ. P. 23(b)(3), (ii) preliminarily approving the Parties' class action settlement, (iii) approving the proposed Class Notice and Claim Form to be sent to putative class members, (iv) appointing the Plaintiffs as Class Representatives for a proposed Settlement Class and Plaintiffs' Counsel as Class Counsel, and (v) scheduling a hearing for final approval of the parties' class action settlement agreement to occur following the Court's order granting preliminary approval of the class settlement.

1

The Parties have reached a settlement on behalf of all class members. The settlement meets the standards granting preliminary approval of a class action settlement. With this Motion, Plaintiffs incorporate by reference the Memorandum in Support, the Declaration of Plaintiffs' Counsel William B. Federman, and the Settlement Agreement (with its respective exhibits).

Dated: December 14, 2023.                             Respectfully submitted,

/s/: William B. Federman
William B. Federman*
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
Email: Wbf@federmanlaw.com

Lori G. Feldman*
GEORGE FELDMAN MCDONALD, PLLC
102 Half Moon Bay Drive
Croton-on-Hudson, New York 10520
Phone: (917) 983-9321
Fax: (888) 421-4173
Email: LFeldman@4-Justice.com
E-Service: eService@4-Justice.com

David J. George*
Brittany L. Brown*
GEORGE FELDMAN MCDONALD, PLLC
9897 Lake Worth Road, Suite #302
Lake Worth, FL 33467
Phone: (561) 232-6002
Fax: (888) 421-4173
Email: DGeorge@4-Justice.com
 BBrown@4-Justice.com
E-Service: eService@4-Justice.com

Jeffery A. Roberts (KBA Bar # 84344)
ROBERTS LAW OFFICE
509 Main Street
Murray, Ky. 42071

Phone: 270-753-0053
Email: jeff@jeffrobertslaw.com

***Attorneys for Plaintiffs and the Putative Class***

*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2023, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/: William B. Federman*
William B. Federman