UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| WILLIAM BOWEN, AMY BRASHER, JESSE ROGERS, JOHN CHAMPION, JESSE GILSTRAP, and MARY BLEIER-TROUP, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>PAXTON MEDIA GROUP, LLC,<br><br>*Defendant*. | Case No. 5:21-cv-00143- GNS-LLK |

**PLAINTIFFS' UNOPPOSED MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiffs William Bowen, Amy Brasher, Jesse Rogers, John Champion, Jesse Gilstrap, and Mary Bleier-Troup (collectively, "Plaintiffs"), individually and on behalf of the putative class, move this Court pursuant to Federal Rule of Civil Procedure 23, for an Order: (i) granting final approval of the proposed Settlement; (ii) certifying a class for purposes of Settlement; and (iii) entering the [Proposed] Final Approval Order and Final Judgment (the "Proposed Order")dismissing all claims.

This Motion is based on (i) the Memorandum of Law in Support Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement, filed herewith; (ii) the Joint Declaration of Class Counsel in Support of Plaintiffs' Unopposed Motion for Final Approval of Settlement (and its exhibits), filed herewith; (iii) all prior pleadings and proceedings had herein; (iv) arguments of counsel; and (v) any other matters properly before the Court.

The Proposed Order was submitted as **Exhibit 1** to the Notice of Filing at ECF No. 81 on June 27, 2024.

Dated: September 4, 2024

Respectfully submitted,

*/s/ William B. Federman*
William B. Federman (*pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Tel.: (405) 235-1560
wbf@federmanlaw.com

Lori G. Feldman*
**GEORGE FELDMAN MCDONALD, PLLC**
102 Half Moon Bay Drive
Croton-on-Hudson, New York 10520
Phone: (917) 983-9321
Fax: (888) 421-4173
Email: LFeldman@4-Justice.com
E-Service: eService@4-Justice.com

David J. George*
Brittany L. Brown*
**GEORGE FELDMAN MCDONALD, PLLC**
9897 Lake Worth Road, Suite #302
Lake Worth, FL 33467
Phone: (561) 232-6002
Fax: (888) 421-4173
Email: DGeorge@4-Justice.com
BBrown@4-Justice.com
E-Service: eService@4-Justice.com

Jeffery A. Roberts (KBA Bar # 84344)
**ROBERTS LAW OFFICE**
509 Main Street
Murray, Ky. 42071
Phone: 270-753-0053
Email: jeff@jeffrobertslaw.com

*Attorneys for Plaintiffs and the Putative Class*

*Admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ William B. Federman*
William B. Federman